```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
                                                        DOC#: _____
                                                        DATE FILED: 2/4/21
```

**MAHER & PITTELL, LLP**
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

February 3, 2021

Hon. Andrew L. Carter, Jr.
US District Court
40 Foley Square
New York, NY 10007

Re:    *US v. Hernandez, et al,* {Gerardo Busanet} 18 cr 420 (ALC)

Dear Judge Carter:

I am counsel for Gerardo Busanet, a defendant in the above referenced matter.

Currently, a status conference is scheduled for February 4, 2021 for Mr. Busanet and co-defendant Isaac Solar. In light of the ongoing Pandemic, please accept this letter in lieu of a joint motion, on consent of all parties, requesting the conference be adjourned to a date during the weeks of either May 10th or 17th (except for May 17 or 18).

Defendants Busanet and Solar agree to an exclusion of time under the Speedy Trial Act.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:    All parties on ECF

**The application is GRANTED. Status conference adjourned to 5/20/21 at 2:00 p.m. Time excluded. So Ordered.**

*/s/ Andrew L. Carter 2/4/21*