MEMO ENDORSED

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
*jp@jpittell.com*

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
*jp@jpittell.com*

May 18, 2021

Hon. Andrew L. Carter, Jr.
US District Court
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-20-21

Re: US v. Hernandez, et al, {Gerardo Busanet} 18 cr 420 (ALC)

Dear Judge Carter:

    I am counsel for Gerardo Busanet, a defendant in the above referenced matter.

    Currently, a status conference is scheduled for May 20, 2021 for Mr. Busanet and co-defendant Isaac Solar. In light of the ongoing Pandemic, and ongoing discussions regarding resolution of the cases against these defendants, please accept this letter in lieu of a joint motion, on consent of all parties, requesting the conference be adjourned to a date during the week of August 2nd.

    Defendants Busanet and Solar agree to an exclusion of time under the Speedy Trial Act.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: All parties on ECF

*The application is granted. Status conference adjourned to 8/5/21 at 3:00 p.m. So Ordered.*

*Andrew Carter*
*5-20-21*