**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/4/21__

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

August 2, 2021

Hon. Andrew L. Carter, Jr.
US District Court
40 Foley Square
New York, NY 10007

Re:   *US v. Hernandez, et al,* {Gerardo Busanet} 18 cr 420 (ALC)

Dear Judge Carter:

I am counsel for Gerardo Busanet, a defendant in the above referenced matter.

Currently, a status conference is scheduled for August 5, 2021 for Mr. Busanet and co-defendant Isaac Solar. In light of the ongoing Pandemic, and ongoing discussions regarding resolution of the cases against these defendants, please accept this letter in lieu of a joint motion, on behalf of both defendants and on consent of the Government, requesting the conference be adjourned to a date during the week of November 1, 2021.

Defendants Busanet and Solar agree to an exclusion of time under the Speedy Trial Act.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   All parties on ECF

The application is **GRANTED.** The status conference is adjourned to 11/4/21 at 3:30 p.m. Time excluded. So Ordered.

*[signature]* 8/4/21