USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/10/22__

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

February 9, 2022

Hon. Andrew L. Carter, Jr.
US District Court
40 Foley Square
New York, NY 10007

Re:    *US v. Hernandez, et al,* {Gerardo Busanet} 18 cr 420 (ALC)

Dear Judge Carter:

    I am counsel for Gerardo Busanet, a defendant in the above referenced matter.

    Currently, a status conference is scheduled for February 11, 2022 for Mr. Busanet and co-defendant Isaac Solar. In light of the ongoing Pandemic, and ongoing discussions regarding resolution of the cases against these defendants, please accept this letter in lieu of a joint motion, on behalf of both defendants and on consent of the Government, requesting the conference be adjourned to a date during the week of May 16, 2022.

    Defendants Busanet and Solar agree to an exclusion of time under the Speedy Trial Act.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:    All parties on ECF

The application is **GRANTED.** The status coference is adjourned to 5/20/22 at 4 p.m. Time excluded from 2/11/22 to 5/20/22 in the interest of justice. So Ordered.

*[Signature of Andrew L. Carter]*
2/10/22