UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                                  Plaintiff,

        -against-                           18-CR-420 (ALC)

                                                   ORDER
GERALDO BUSANET,

                                Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

The May 20, 2022 Status Conference is converted to a Telephone Status Conference. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

SO ORDERED.

Dated:      New York, New York
            May 11, 2022

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge