USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-22-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                        -against-

Geraldo Busanet,
-----------------------------------------------------------X

**ORDER**
18-CR-420 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    Due to a conflict on the Court's calendar, the August 25, 2022 status conference is being rescheduled to **August 18, 2022** at **3:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       June 22, 2022

                                            ANDREW L. CARTER, JR.
                                            UNITED STATES DISTRICT JUDGE