MEMO ENDORSED

# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
ip@jpittell.com

May 15, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-16-23

Hon. Andrew L. Carter, Jr.
US District Court
40 Foley Square
New York, NY 10007

Re: US v. Hernandez, et al, {Gerardo Busanet} 18 cr 420 (ALC)

Dear Judge Carter:

I am counsel for Gerardo Busanet, a defendant in the above referenced matter.

Currently, a status conference in Mr. Busanet's case is scheduled for May 18, 2023.

As referenced in prior correspondence, I have been involved in discussions with the Government regarding a resolution of this case. Pursuant to these discussions, the Government has provided me with a proposed plea agreement.

In order to provide time to review the proposed plea agreement with Mr. Busanet, and to prepare him for a plea proceeding, please accept this letter in lieu of a formal motion, with consent of the Government, requesting the conference be adjourned, for a plea hearing, to a date during the week of July 24, 2023 subject to the Court and Government's availability.

I consent to an exclusion of time under the Speedy Trial Act.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Christopher Clore, AUSA

*The application is granted. The May 18, 2023 Status conference is adjourned. A Change of Plea Hearing is scheduled for July 27, 2023 at 3:30p.m. Time excluded from 5/18/23 to 7/27/23 in the interest of justice. So Ordered.*

*/s/ Andrew L. Carter*
5-16-23