**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/26/23__

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

July 25, 2023

Hon. Andrew L. Carter, Jr.
US District Court
40 Foley Square
New York, NY 10007

Re: *US v. Hernandez, et al,* {Gerardo Busanet} 18 cr 420 (ALC)

Dear Judge Carter:

  I am counsel for Gerardo Busanet, a defendant in the above referenced matter.

  Currently, a plea hearing in Mr. Busanet's case is scheduled for July 27, 2023.

  Due to scheduling conflicts, please accept this letter in lieu of a formal motion, with consent of the Government, requesting the plea hearing be adjourned to a date during the week of October 23, 2023 subject to the Court and Government's availability.

  I consent to an exclusion of time under the Speedy Trial Act.

          Respectfully submitted,
          /s/
          Jeffrey G. Pittell

cc: Christopher Clore, AUSA

The application is **GRANTED**. The change of plea hearing is adjourned to 10/26/23 at 12 p.m. Time excluded from 7/27/23 to 10/26/23 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter*
7/26/23