MEMO ENDORSED

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

October 25, 2023

Hon. Andrew L. Carter, Jr.
US District Court
40 Foley Square
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC#: _____  
DATE FILED: **11/9/23**

Re:  *US v. Hernandez, et al,* {Gerardo Busanet} 18 cr 420 (ALC)

Dear Judge Carter:

    I am counsel for Gerardo Busanet, a defendant in the above referenced matter.

    Currently, a plea hearing in Mr. Busanet's case is scheduled for October 26, 2023.

    Due to scheduling conflicts, please accept this letter in lieu of a formal motion, with consent of the Government, requesting the plea hearing be adjourned to November 15, 2023 at 10 a.m. which I understand is available on the Court's calendar.

    I consent to an exclusion of time under the Speedy Trial Act.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:  Christopher Clore, AUSA

The application is **GRANTED**. The change of plea hearing is adjourned to 11/15/23 at 10:00 a.m. Time excluded from 10/26/23 to 11/15/23 in the interest of justice.
So Ordered.

*[signature]* Andrew L. Carter Jr.
**11/9/23**