**MEMO ENDORSED**

```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC#: _____
                                                    DATE FILED: 6/20/24
```

# MAHER & PITTELL, LLP
## ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

June 13, 2024

Hon. Andrew L. Carter, Jr.
US District Court
40 Foley Square
New York, NY 10007

Re:    *US v. Hernandez, et al,* {Gerardo Busanet} 18 cr 420 (ALC)

Dear Judge Carter:

I am counsel for Gerardo Busanet, a defendant in the above referenced matter.

Previously, Mr. Busanet pled guilty, to a misdemeanor offense, pursuant to a Plea Agreement. Sentencing is currently scheduled for June 27, 2024.

Please accept this letter in lieu of a formal motion, requesting an adjournment of the sentencing date. I make this request as I recently received the Presentence Investigation Report and seek additional time to review it with Mr. Busanet. In addition, I am awaiting receipt of letters and other documents for inclusion in the Sentencing Memorandum I will submit on behalf of Mr. Busanet. Further, I seek additional time needed to draft and submit the Memorandum.

Based upon the foregoing, I respectfully request the sentencing date be adjourned for approximately ninety days, to a date during the week of September 23, 2024 (except for September 26, 2024), or thereafter, subject to the Court and Government's availability.

I have conferred with the Government and they do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:    Frank Balsamello, AUSA (by ECF)

The application is **GRANTED**. Sentencing adjourned to 9/26/24 at 3:30 p.m.

So Ordered.    *[signature]*
                                                    6/20/24