MEMO ENDORSED

# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

September 20, 2024

Hon. Andrew L. Carter, Jr.
US District Court
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-24-24

Re:    *US v. Hernandez, et al,* {Gerardo Busanet} 18 cr 420 (ALC)

Dear Judge Carter:

      I am counsel for Gerardo Busanet, a defendant in the above referenced matter.

      Previously, Mr. Busanet pled guilty, to a misdemeanor offense, pursuant to a Plea Agreement. Sentencing is currently scheduled for September 26, 2024.

      Please accept this letter in lieu of a formal motion, requesting an adjournment of the sentencing date. I make this request as I am awaiting receipt of additional letters and other documents for inclusion in the Sentencing Memorandum I will submit on behalf of Mr. Busanet. Further, I seek additional time needed to draft and submit the Memorandum.

      Based upon the foregoing, I respectfully request the sentencing date be adjourned to November 21, 2024 at 12 pm. It is my understanding this date and time are available on the Court's calendar and the Government can appear on this date and time.

      I have conferred with the Government and they do not object to this request.

                        Respectfully submitted,
                        /s/
                        Jeffrey G. Pittell

cc:    Frank Balsamello, AUSA (by ECF)

The application is ✓ granted.
                 denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 9-24-24
NY, New York